**Dismissed and Opinion Filed April 13, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00393-CR

### DUSTIN MAURER, Appellant
### V.
### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-30809-R

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Evans
Opinion by Justice Evans

Dustin Maurer pleaded guilty to possession of methamphetamine in an amount of one gram or more but less than four grams. Pursuant to a plea agreement, the trial court sentenced appellant to four years' imprisonment.[1] Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that appellant had no right to appeal from the plea bargain and that he waived his right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). Sentence was imposed in open court on December 8, 2015.

---

[1] The written plea agreement reflects that the charge was also reduced from possession with intent to deliver methamphetamine in an amount of four grams or more but less than 200 grams to the lesser possession offense to which he pleaded guilty. *See Shankle v. State*, 118 S.W.3d 808, 813 (Tex. Crim. App. 2003) (discussing charge bargaining aspect of plea bargains).

In addition to appellant not having the right to appeal his plea-bargained conviction and sentence, appellant's April 1, 2016 notice of appeal is untimely as to his December 8, 2015 sentencing date. *See* TEX. R. APP. P. 26.2(a)(1). Accordingly, we dismiss the appeal for want of jurisdiction.

/David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
160393F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DUSTIN MAURER, Appellant

No. 05-16-00393-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-30809-R.
Opinion delivered by Justice Evans, Chief Justice Wright and Justice Bridges participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 13th day of April, 2016.